E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM                                                              JS-6
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
    Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel: (510) 970-4853
    Fax: (415) 744-0134
    E-mail: Paul.Sachelari@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| RAQUEL HERRERA,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>    Defendant. | No. 5:23-cv-02098-RAO<br><br>[~~PROPOSED~~]<br>JUDGMENT OF REMAND |

1  The Court having approved the parties' Stipulation to Remand for Further
2  Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of
3  Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with
4  the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED,**
5  **ADJUDGED AND DECREED** that the above-captioned action is remanded to the
6  Commissioner of Social Security for further proceedings consistent with the
7  Stipulation to Remand.

DATED: 06/06/2024

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE