1  LELAND LAW
   7200 Greenleaf Avenue, Suite 170A
2  Whittier, CA 90602
3  Telephone: (562) 904-6955
   Facsimile:  (562) 632-1301
4  MOSELLE C. LELAND BOHORQUEZ, CSBN: 268272
5  E-mail: tracey@disabilitylawfirm.com
         Attorneys for Plaintiff
6  E. MARTIN ESTRADA
7  United States Attorney
8  DAVID M. HARRIS
   Assistant United States Attorney
9  Chief, Civil Division
10 CEDINA M. KIM
   Assistant United States Attorney
11 Senior Trial Attorney, Civil Division
12 PAUL SACHELARI, CSBN 230082
13 Special Assistant United States Attorney
         6401 Security Blvd.
14       Baltimore, MD 21235
15       Telephone:  (510) 970-4830
         Facsimile: (415) 744-0134
16       Email:  paul.sachelari@ssa.gov
17       Attorneys for Defendant
18
                UNITED STATES DISTRICT COURT
19              CENTRAL DISTRICT OF CALIFORNIA
20                    EASTERN DVISION
21
   RAQUEL M. H.,                    ) Case No. 5:23-cv-02098-RAO
22      Plaintiff,                  )
23                                  ) [PROPOSED] ORDER AWARDING
         v.                         ) EQUAL ACCESS TO JUSTICE ACT
24 MARTIN O'MALLEY,                 ) ATTORNEY FEES PURSUANT TO
25 Commissioner of Social Security, ) 28 U.S.C. § 2412(d)
                                    )
26      Defendant.                  )
27
28

1  Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act Fees, IT IS ORDERED that fees in the amount of SEVEN
3  THOUSAND THREE HUNDRED DOLLARS [$7,300.00], as authorized by 28
4  U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: 9/18/2024

*Rozella A. Oliver*

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

1